McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR L. SCHIEL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIV-S-04-2410 GGH<br><br>STIPULATION AND [proposed]<br>ORDER TO REDACT THE<br>ADMINISTRATIVE TRANSCRIPT |

　　　　The parties to the above-captioned action, by and through the undersigned counsel, with the appproval of the Court, hereby stipulate that the administrative transcript certified March 23, 2005 contains a confidential extra-party record at page 328, which has no bearing on this case. The parties therefore stipulate that Defendant will redact said page by removing it from the administrative transcript prior to the serving and filing of said transcript.

　　　　The parties further stipulate that any review copies of the record found at page 328, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

　　　　The parties further stipulate that the inadvertent inclusion of said record in the administrative transcript is not and will not be a basis for a claimed error.

　　　　The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: May 23, 2005  /s/ James Hunt Miller
JAMES HUNT MILLER
Attorney at Law

Attorney for Plaintiff

DATED: May 23, 2005  McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

_____oOo_____

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 31, 2005

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

1  OF COUNSEL:

2  JANICE L. WALLI
   Chief Counsel, Region IX

3  JEAN M. TURK
4  Assistant Regional Counsel

5  United States Social
     Security Administration