IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTHUR L. SCHIEL,

       Plaintiff,                      No. CIV S-04-2410 MCE GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                             <u>ORDER</u>

       Defendant.
_____/

       On March 17, 2008, the Ninth Circuit Court of Appeals reversed the judgment and directed the district court to remand for further proceedings.[1]

       Accordingly, IT IS ORDERED that this case is remanded for further proceedings consistent with the Ninth Circuit's order.

DATED: 04/03/08                            /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              U.S. MAGISTRATE JUDGE

GGH/076
Schiel2410.rem.wpd

---

[1] That order, as docketed in this action, appears to be missing pages and does not contain the full text of that opinion.